UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE COURTYARD COUNCIL OF CO-OWNERS, INC. | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:19-cv-00290 JURY DEMANDED |
| ROCKHILL INSURANCE COMPANY and UNDERWRITERS AT LLOYD'S, LONDON | § § § | |

**Exhibit A**
**INDEX OF MATTERS BEING FILED**

In compliance with Local Rule 81, the following matters are filed with Defendant's Notice of Removal in the above-referenced action:

1. Notice of Removal, with the following exhibits attached:

    Exhibit A    Index of Matters Being Filed

    Exhibit B    List of All Counsel of Record and Parties Represented

    Exhibit C    Civil Docket Sheet in the State Court Action

    Exhibit D    Plaintiff's Original Petition, filed 9/16/19

    Exhibit E    Citation to Rockhill Insurance Company, 9/25/19

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.

By: */s/Christopher W. Martin*
    Christopher W. Martin
    State Bar No: 13057620
    Federal I.D. No. 13515
    E-Mail: martin@mdjwlaw.com
    Niels Esperson Building
    808 Travis, Suite 1100
    Houston, Texas 77002
    Telephone: (713) 632-1701
    Facsimile: (713) 222-0101

**ATTORNEY-IN-CHARGE FOR DEFENDANT ROCKHILL INSURANCE COMPANY**

**Of Counsel:**

Sheryl Kao
State Bar No. 24036874
Federal I.D. No. 4561738
E-Mail: kao@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on October 4, 2019.

    Thomas M. Furlow
    Furlow Law Firm, PLLC
    1032 Central Parkway South
    San Antonio, Texas 78232
    Email: tfurlow@furlowlawfirm.com

    */s/ Sheryl Kao*
    Sheryl Kao