UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE COURTYARD COUNCIL OF CO-OWNERS, INC. | § § § | |
| | § | CIVIL ACTION NO. 2:19-cv-00290 |
| v. | § | |
| | § | JURY DEMANDED |
| ROCKHILL INSURANCE COMPANY and UNDERWRITERS AT LLOYD'S, LONDON | § § § | |

**Exhibit B**
**LIST OF ALL COUNSEL OF RECORD AND PARTIES REPRESENTED**

Pursuant to Local Rule 81(6), Defendant Rockhill Insurance Company attaches this List of All Counsel of Record and Parties Represented, and identifies the following:

1. The Courtyard Council of Co-Owners, Inc. is the Plaintiff.

   **Plaintiff is represented by:**
   Thomas M. Furlow
   State Bar No. 00784093
   FURLOW LAW FIRM, PLLC
   1032 Central Parkway South
   San Antonio, Texas 78232
   Telephone: (210) 910-4501
   Facsimile: (210) 481-4576
   Email: tfurlow@furlowlawfirm.com

2. Rockhill Insurance Company is the Defendant.

   **Defendant is represented by:**
   Christopher W. Martin
   State Bar No: 13057620
   Federal I.D. No. 13515
   MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
   Niels Esperson Building
   808 Travis, Suite 1100
   Houston, Texas 77002
   Telephone: (713) 632-1701
   Facsimile: (713) 222-0101
   E-Mail: martin@mdjwlaw.com

        Sheryl Kao
        State Bar No. 24036874
        Federal I.D. No. 4561738
        MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
        9111 Cypress Waters Blvd., Suite 250
        Dallas, Texas 75019
        Telephone: (214) 420-5500
        Facsimile: (214) 420-5501
        E-Mail: kao@mdjwlaw.com

        Respectfully submitted,

        MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.

        By: */s/Christopher W. Martin*
            Christopher W. Martin
            State Bar No: 13057620
            Federal I.D. No. 13515
            E-Mail: martin@mdjwlaw.com
            Niels Esperson Building
            808 Travis, Suite 1100
            Houston, Texas 77002
            Telephone: (713) 632-1701
            Facsimile: (713) 222-0101

        **ATTORNEY-IN-CHARGE FOR DEFENDANT**
        **ROCKHILL INSURANCE COMPANY**

**Of Counsel:**

Sheryl Kao
State Bar No. 24036874
Federal I.D. No. 4561738
E-Mail: kao@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on October 4, 2019.

Thomas M. Furlow
Furlow Law Firm, PLLC
1032 Central Parkway South
San Antonio, Texas 78232
Email: tfurlow@furlowlawfirm.com

*/s/ Sheryl Kao*
Sheryl Kao